Jamie Goldman, Esq.
Susan Chana Lask, Esq.(PHV)
**Attorneys for Plaintiffs**
200 Centennial Avenue, Ste. 200
Piscataway, NJ 08854
(732) 377-2058 (office)
(732) 579-5962 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Newark Vicinage)

| | |
|---|---|
| GREGG FRANKEL and WILLIAM BRUNER, individually and for all those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>RICHARD CATENA AUTO WHOLESALERS, INC., RICHARD CATENA, JOHN DOES 1-5 (as agents and/or employees of Defendant) and ABC INC. 1-10 (as corporate entities presently unknown),<br><br>Defendants. | Case No. 2:17-cv-00025 KM-JBC<br><br><br>**STIPULATION OF DISMISSAL**<br>with prejudice |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, GREGG FRANKEL and WILLIAM BRUNER, individually, and Defendants, RICHARD CATENA AUTO WHOLESALERS, INC. and RICHARD CATENA individually, that this matter is dismissed with prejudice as to the individual named Plaintiffs because documents reveal Rule 23 numerosity requirements could not be met.

Dated: May 5, 2017

| | |
|---|---|
| JAMIE GOLDMAN, ESQ.<br>Attorneys for Plaintiffs | BRESSLER, AMERY & ROSS, P.C.<br>Attorneys for Defendants |
| /s Jamie Goldman<br>By: _____<br>Jamie Goldman, Esq. | /s Ronald J. Campione<br>By: _____<br>Ronald J. Campione, Esq. |

SO ORDERED
_____
Kevin McNulty, U.S.D.J.
Date: 5/15/17